379 A.2d 596

Commonwealth v. Lewis, Appellant.

Submitted February 9, 1976. Alan Kear, for appellant; James C. Long, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

379 A.2d 597

Commonwealth v. Lightner, Appellant.

Submitted April 11, 1977. Oliver E. Mattas, Jr., Assistant Public Defender, for appellant; Edward S. Newlin and Susan P. Rea, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.